JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| JESSICA SALAZAR, | NO. EDCV 25-114-JLS (AGR) |
|---|---|
| Petitioner, | JUDGMENT |
| v. | |
| WARDEN ELISEO RICOLCOL, | |
| Respondent. | |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that judgment is entered denying the Petition for Writ of Habeas Corpus as moot or, alternatively, for failure to prosecute, and this action is dismissed without prejudice.

DATED: August 3, 2025

_____
JOSEPHINE L. STATON
United States District Judge